UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BLACKMER,<br>No. 71470,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIX NAMED AGENTS OF THE U.S. DEP'T OF JUSTICE,<br><br>                    Defendants. | Case No.: 3:21-cv-00566-MMA-LL<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff Paul Blackmer, currently incarcerated at New Hampshire State Prison for Men located in Concord, New Hampshire, is proceeding pro se in this civil action. *See* Doc. No. 1.

**I.     Failure to Pay Filing Fee or Request *In Forma Pauperis* ("IFP") Status**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

1

$402. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. Section 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, if the Plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

To date, Plaintiff has not paid the initial filing fee or filed a Motion to Proceed IFP. Therefore, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II.     Conclusion and Order

For the reasons set forth above, the Court hereby:

(1)     **DISMISSES** this action sua sponte without prejudice for failure to pay the $402 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. Section 1914(a) and Section 1915(a); and

(2)     **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; or (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. Civ. L.R. 3.2(b).

//
//

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

|   |   |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff |
| 2 | with this Court's approved form "Motion and Declaration in Support of Motion to |
| 3 | Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $402 civil filing fee or |
| 4 | complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will |
| 5 | remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee |
| 6 | requirements of 28 U.S.C. Section 1914(a) and without further Order of the Court. |
| 7 | **IT IS SO ORDERED.** |
| 8 | DATE: April 5, 2021 |
| 9 | HON. MICHAEL M. ANELLO |
| 10 | United States District Judge |