UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BLACKMER,<br>No. 71470,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>SIX NAMED AGENTS OF THE U.S.<br>DEPARTMENT OF JUSTICE,<br><br>                                    Defendants. | Case No. 21cv566-MMA-LL<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND FOR FAILING TO COMPLY WITH COURT ORDER** |

Plaintiff Paul Blackmer, an inmate currently incarcerated at New Hampshire State Prison for Men, and proceeding *pro se*, filed this civil action on March 22, 2021. *See* Doc. No. 1.

## I.      Procedural History

On April 5, 2021, the Court dismissed this action for failing to pay the filing fee required by 28 U.S.C. § 1914(a) or alternatively, filing a motion to proceed *in forma pauperis* ("IFP"). *See* Doc. No. 4. Plaintiff was granted forty-five (45) days leave to prepay the entire $402 civil filing and administrative fee or complete a motion to proceed IFP. *Id.* at 2.

Plaintiff had until May 20, 2021 to comply with the Court's Order. But to date, Plaintiff has not paid the fee or filed a motion to proceed IFP, and has not requested an extension of time in which to do so.

## II.     Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failing to pay the filing fee required by 28 U.S.C. § 1914(a) or alternatively, filing a motion to proceed in compliance with the Court's April 5, 2021 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

DATE: June 7, 2021

HON. MICHAEL M. ANELLO
United States District Judge